## No. 17,642.

JACK ROUSE, ET AL. *v.* CHARLES H. O'NEILL, ET AL.

(292 P. [2d] 196)

Decided January 9, 1956.

Mr. RICHARD DOWNING, Mr. JOHN H. ROBISON, for plaintiffs in error Rouse, Simmons and Robison.

Mr. CLIFFORD W. MILLS, pro se and for plaintiffs in error Mathews and Savery.

Mr. LOUIS A. HELLERSTEIN, for defendant in error O'Neill.

Mr. RICHARD H. SHAW, for defendant in error Lion Oil Company.

Mr. RAYMOND J. GENGLER, for defendants in error Baumgartner, Gaddis, Williams, Ferguson, Dodson, Gengler and Stiner.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.

MR. JUSTICE MOORE not participating.